

FILED
FEB 09 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) | 3:22 CR 22 |
| | ) | JUDGE ZOUHARY |
| v. | ) | CASE NO. MAG. JUDGE CLAY |
| | ) | Title 18, United States Code, |
| HERSHEL HILL, | ) | Sections 115(a)(1)(B), (b)(4), |
| | ) | and 876(c) |
| Defendant. | ) ) | |

COUNT 1
(Threatening a United States Judge, 18 U.S.C. § 115(a)(1)(B), (b)(4))

The Grand Jury charges:

1. On or about October 23, 2020, in the Northern District of Ohio, Western Division, Defendant HERSHEL HILL did threaten to assault, kidnap, and murder a United States Judge with intent to impede, intimidate, and interfere with such Judge while the Judge was engaged in the performance of official duties, and retaliate against such Judge on account of the Judge's performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B), (b)(4).

COUNT 2
(Mailing Threatening Communications, 18 U.S.C. § 876(c))

The Grand Jury further charges:

2. On or about October 23, 2020, in the Northern District of Ohio, Western Division, Defendant HERSHEL HILL did knowingly and willfully cause to be delivered by the United

ORIGINAL

States Postal Service according to the directions thereon a written communication addressed to the "Federal Courthouse, ... 125 Market Street, Youngstown, Ohio 44503" and containing a threat to kidnap and to injure the person of the addressee, a United States Judge, in violation of Title 18, United States Code, Section 876(c).

                                                               A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.