IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22CR22 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE DARRELL A. CLAY |
| | ) | |
| v. | ) | |
| | ) | |
| HERSHEL HILL, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION:

The petitioner, Robert N. Melching, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that HERSHEL HILL is now confined in the Toledo Correctional Institution, 2001 East Central Avenue, Toledo, Ohio 43608, and is in the custody of the Warden for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with violations of Title 18, United States Code, Sections 115(a)(1)(B), (b)(4), and 876(c), and pursuant to said charges, is to appear for Arraignment on Tuesday, March 1, 2022 at 1:00pm before the Honorable Magistrate Judge Darrell A. Clay in the United States District Court for the Northern District of Ohio, Western Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Toledo,

Ohio or their designee, and/or U.S. Marshals Service and/or the Ohio Department of Rehabilitation and Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

        Respectfully submitted,

        MICHELLE M. BAEPPLER
        Acting United States Attorney

By: /s/ Robert N. Melching
    Robert N. Melching (MI: P80488)
    Assistant United States Attorney
    Four Seagate, Suite 308
    Toledo, OH 43604
    (419) 259-6376
    (419) 259-6360 (facsimile)
    Robert.Melching@usdoj.gov

I, Robert N. Melching, do declare under penalty of perjury that the foregoing is true and correct.

        /s/ Robert N. Melching
        Robert N. Melching
        Assistant United States Attorney

Executed on February 14, 2022